1024

[No. 35601-5-II. Division Two. September 5, 2007.]

HUDSON COMPANY, INC., *Respondent,* v. DONALD C. KING ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 05-2-02440-4, Theodore F. Spearman, J., entered October 27, 2006. *Affirmed* by unpublished opinion per Van Deren, A.C.J., concurred in by Armstrong and Penoyar, JJ.

[No. 24923-9-III. Division Three. September 6, 2007.]

*In the Matter of the Welfare of* A.B.

ROGELIO SALAS, *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 04-7-00643-8, Michael E. Schwab, J., entered January 5, 2006. *Affirmed* by unpublished opinion per Stephens, J., concurred in by Schultheis, A.C.J., and Kulik, J.

[No. 25564-6-III. Division Three. September 6, 2007.]

*In the Matter of the Marriage of* PATRICIA LYNN MCDONALD, *Respondent,* and GAYLEN DEWAYNE MCDONALD, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Lincoln County, No. 06-3-01281-4, Philip W. Borst, J., entered September 28, 2006. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Brown, J.

[No. 58041-8-I. Division One. September 10, 2007.]

DONALD LEE HILTBRUNER, *Respondent,* v. CROWLEY MARINE SERVICES, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-2-16250-5, Richard D. Eadie, J., entered March 8, 2006. *Affirmed* by unpublished opinion per Cox, J., concurred in by Appelwick, C.J., and Grosse, J.